UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Sanquis Unique Graham**,

Soc. Sec. No. xxx-xx-7172
Mailing Address: 163 Legends Drive, Raeford, NC 28376-

Debtor.

Case No.: 26-80048

Chapter 13

### AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 2/22/26, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Bridgecrest Credit Company, LLC
c/o Corporation Service Company
Attn: Managing Officer
2626 Glennwood Avenue
Suite 550
Raleigh, NC 27608

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 2/22/26

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Bridgecrest Credit
1800 N. Colorado Street
Gilbert, AZ 85233

Bridgecrest Credit Company, LLC
C/O Corporation Service Company
Attn: Managing Officer
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

Bridgecrest Credit Company, LLC **
Attn: Officer
1720 W Rio Salado Parkway
Tempe, AZ 85281

Calvary
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595-1340

Capital One Bank USA
PO BOX 31293
Salt Lake City, UT 84131-1293

Capital One Bank**
Bankruptcy Department
Post Office Box 85167
Richmond, VA 23285-5167

Capital One Bank**
Bankruptcy Department
Post Office Box 30285
Salt Lake City, UT 84130-0285

Citicards **
Customer Service
Post Office Box 6500
Sioux Falls, SD 57117

Citicards CBNA
5800 South Corporate Place
Mail Code 234
Sioux Falls, SD 57108

Credit Corp Solutions
121 W Election Road Ste 200
Draper, UT 84020

Credit One Bank
6801 S. Cimarron Road
Las Vegas, NV 89113

Credit One Bank, N.A. ****
Post Office Box 98873
Las Vegas, NV 89193-8873

Department of Education/Nelnet
121 South 13 Street
Lincoln, NE 68508

ECMC
1 Imation Place
Saint Paul, MN 55128

Hoke County Tax Collector**
Post Office Box 217
Raeford, NC 28376-0217

Mariner Finance (RA)
C/O Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

Mariner Finance ***
Attn: Officer
8211 Town Center Drive
Nottingham, MD 21236-5904

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

Sloan/Nelnet Service
Post Office Box 87290
Lincoln, NE 68501-7290

SYNCB/Rooms to go
P.O. Box 965036
Orlando, FL 32896-5036

Syncb/Rooms To Go
PO Box 71757
Philadelphia, PA 19176-1757

Synchrony Bank (Ashley Furniture)
Attn: Bankruptcy Dept.
Post Office Box 965064
Orlando, FL 32896-5064

Synchrony Bank**
Attn: Officer
170 W Election Rd, Suite 125
Draper, UT 84020

Synchrony Bank***
ATTN: Bankruptcy Dept.
Post Office Box 965003
Orlando, FL 32896-5000

USDA Rural Development *
Attn: Officer
Post Office Box 66755
Saint Louis, MO 63166

USDA Rural Housing Service(MD)**
Bankruptcy Department
Post Office Box 66879
Saint Louis, MO 63166-6879

Western Government University
1009 Slater Road Ste 310
Durham, NC 27709

Western International University
9215 North Black Canyon Highway
Phoenix, AZ 85021-1994

William Fudge
300 Chatham Ave
Rock Hill, SC 29730